UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA JINZO,<br><br>    Plaintiff,<br><br>v.<br><br>WHIDBEY ISLAND BANK,<br><br>    Defendant. | Case No. C14-516RAJ<br><br>**STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF PLAINTIFF'S CLAIM FOR CERTAIN RELIEF** |

The parties, Plaintiff Christina Jinzo, by and through her attorney, Paul J. Burns, Paul J. Burns, P.S., and Defendant Whidbey Island Bank, by and through its attorneys, Ryan P. Hammond and Jennifer S. Pirozzi, Littler Mendelson, P.C., hereby stipulate and request that the Court enter an Order dismissing, without prejudice, Plaintiff's claim "[f]or general damages for mental anguish and emotional distress," contained in paragraph 2 of the prayer for relief in Plaintiff's Complaint in the above-captioned matter.

///

///

///

///

///

STIP. FOR DISMISSAL W/O PREJ. OF PL.'S CLAIM FOR CERTAIN
RELIEF - 1
CASE NO. C14-516RAJ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

June 23, 2014

| | |
|---|---|
| *s/ Paul J. Burns* | *s/ Ryan P. Hammond* |
| Paul J. Burns, WSBA #13320<br>paulburns@omnicast.net<br>Paul J. Burns, P.S.<br>One Rock Pointe<br>1212 N. Washington, Suite 116<br>Spokane, WA 99201<br>Phone:   (509) 327-2213<br>Fax:     (509) 327-1377<br><br>Attorney for Plaintiff<br>Christina Jinzo | Ryan P. Hammond, WSBA #38888<br>rhammond@littler.com<br>Jennifer S. Pirozzi, WSBA #44523<br>jpirozzi@littler.com<br>LITTLER MENDELSON, P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Phone:   206.623.3300<br>Fax:     206.447.6965<br><br>Attorneys for Defendant<br>Whidbey Island Bank |

STIP. FOR DISMISSAL W/O PREJ. OF PL.'S CLAIM FOR CERTAIN
RELIEF - 2
CASE NO. C14-516RAJ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on June 23, 2014, I electronically filed the foregoing **STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF PLAINTIFF'S CLAIM FOR CERTAIN RELIEF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to The Honorable Richard Jones and to the following:

| | |
|---|---|
| **Paul J. Burns, WSBA #13320**<br>**Paul J. Burns, P.S.**<br>**One Rock Pointe**<br>**1212 N. Washington, Suite 116**<br>**Spokane, WA 99201**<br>**Phone: (509) 327-2213**<br>**Fax: (509) 327-1377**<br>paulburns@omnicast.net<br>Paralegal@omnicast.net<br>*Attorneys for Plaintiffs* | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **n/a**

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on June 23, 2014, at Seattle, Washington.

                                          */s/ Tiffany D. Holiday*
                                          Tiffany D. Holiday
                                          tholiday@littler.com

STIP. FOR DISMISSAL W/O PREJ. OF PL.'S CLAIM FOR CERTAIN RELIEF - 3
CASE NO. C14-516RAJ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300